

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 14 MAY 2010
```

Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022.3298

Jean L. Schmidt
212.497.8486 direct
212.583.9600 main
646.747.7534 fax
jschmidt@littler.com

May 13, 2010

**VIA EMAIL (crottynysdchambers@nysd.uscourts.gov)**

The Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Hackett v. Montefiore Health Systems, Inc., et al.
      Civil Action No. 10 Civ. 2682 (PAC)

Dear Judge Crotty:

At the conference before Your Honor yesterday, Your Honor set a briefing schedule for Defendants' motion for additional corrective action with respect to the Thomas & Solomon website and Defendant's motion to dismiss the RICO claim in the Complaint.

On behalf of Plaintiff and Defendants, we respectfully request that the filing dates for those motions be adjourned for one week. This would mean that the filing date for the motion relative to the website would be May 20, 2010 and the filing date for the RICO motion would be May 24, 2010. The other dates established by Your Honor for the briefing schedule would likewise be extended by one week.

Thank you for your consideration.

Respectfully submitted,

Jean L. Schmidt

cc:   J. Nelson Thomas, counsel for Plaintiff (via email)

SO ORDERED: 14 MAY 2010

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

littler.com